ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| McCarthy HITT - Next NGA West JV | ) ASBCA Nos. 63571, 63572, 63573 |
| | ) |
| Under Contract No. W912DQ-19-C-7001 | ) |

APPEARANCES FOR THE APPELLANT:  Martin R. Salzman, Esq.
Jason A. Kamp, Esq.
John T. Gallagher, Esq.
  Hendrick Phillips Saltzman & Siegel, P.C.
  Atlanta, GA

Eric L. Nelson, Esq.
  Smith, Curry and Hancock, LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Virginia Murray, Esq.
Kristine R. Hoffman, Esq.
  Trial Attorneys
  U.S. Army Engineer District, Kansas City

ORDER OF DISMISSAL

Appellant moves to dismiss ASBCA No. 63573 without prejudice. The motion states that Respondent does not oppose the motion. Accordingly, ASBCA No. 63573 is dismissed from the Board's docket without prejudice. The consolidated appeals ASBCA Nos. 63571 and 63572 remain pending before the Board.

Dated:  May 29, 2024

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63571, 63572, 63573, Appeals of McCarthy HITT - Next NGA West JV, rendered in conformance with the Board's Charter.

Dated:  May 30, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals